FILED

05/09/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0394

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0394

JACOB SMITH,

> Petitioner and Appellant,

v.

STATE OF MONTANA, et al.,

> Respondents and Appellee.

## PROPOSED ORDER

Upon consideration of the State Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including June 8, 2022, within which to prepare, serve, and file its response brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 9 2022